# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HESHAM ISMAIL,** : | |
|     **Plaintiff** : | **CIVIL ACTION NO. 3:19-1305** |
|     v. : | **(JUDGE MANNION)** |
| **MCDERMOTT INTERNATIONAL,** : **INC.,** *et al.,* | |
|     **Defendants** : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for reconsideration (**Doc. 129**) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 8, 2022
19-1305-02-ORDER