UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HESHAM ISMAIL,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-cv-1305 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **McDERMOTT INTERNATIONAL INC.,** : | |
| : | |
| Defendant : | |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment, **(Doc. 138)**, is **GRANTED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 13, 2024**
19-1305-04-ORDER